UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| **Appeal No. & Caption** | No. 15-1706, Daniel Watson v. Robert Adams |
|---|---|
| **Originating No. & Caption** | 4:12-cv-03436-BHH, Daniel Watson, et al, vs. Robert Adams, |
| **Originating Court/Agency** | U.S. District Court, District South Carolina, Florence Division |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | | |
| Time allowed for filing in Court of Appeals | 30 days | |
| Date of entry of order or judgment appealed | June 1, 2015 | |
| Date notice of appeal or petition for review filed | June 25, 2015 | |
| If cross appeal, date first appeal filed | | |
| Date of filing any post-judgment motion | | |
| Date order entered disposing of any post-judgment motion | | |
| Date of filing any motion to extend appeal period | | |
| Time for filing appeal extended to | | |
| Is appeal from final judgment or order? | ⊙ Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-521-4022.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ⊙ No |

01/27/2015
SCC

| Transcript (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ● No |
| Has transcript been filed in district court? | ○ Yes | ● No |
| Is transcript order attached? | ○ Yes | ● No |

| Case Handling Requirements (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ● No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ● Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ● No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ● No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

Appellant filed a wrongful death action and a survival action in South Carolina's state court on November 2, 2012. Those actions allege that the decedent, David Watson, took his own life after a false arrest and abuse of process situation involving the Respondents.

Those actions were subsequently removed by the Respondents to Federal Court. Respondents filed a motion for summary judgment which Appellant responded to and Respondents filed a reply. By Order dated May 31, 2015, the District Court granted summary judgment to the Respondents on the wrongful death action. Appellant filed a timely post-trial Motion to Reconsider and/or Amend Order Granting Summary Judgment, requesting that the District Court certify a question to the South Carolina Supreme Court of whether or not South Caroilna allows a wrongful death claim arising from a suicide that has been substantially motivated by a severe intentional tort. That motion was denied via text order dated June 1, 2015.

Appellant is appealing the District Court's denial of Appellant's request to certify the question to the South Carolina Supreme Court.

| **Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary) |
|---|
| Whether or not South Carolina recognizes the severe intentional torts exception to the general rule prohibiting wrongful death actions in cases involving suicide and if this issue would be determinative of the cause pending in the wrongful death action. |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Robert Adams, Eric Hewett, Town of Chesterfield | Adverse Party: Leslie Davis |
| Attorney: Andrew F. Lindemann<br>Address: Davidson & Lindemann PA<br>P.O. Box 8568<br>Columbia, SC 29202-8568 | Attorney: Walker H. Willcox<br>Address: Willcox, Buyck & Williams, PA<br>P.O. Box 1909<br>Florence, SC 29503-1909 |
| E-mail: alindemann@dml-law.com | E-mail: wwillcox@willcoxlaw.com |
| Phone: 803-806-8222 | Phone: 843-662-3258 |
| **Adverse Parties (continued)** ||
| Adverse Party: SC Department of Public Safety | Adverse Party: |
| Attorney: Vinton D. Lide<br>Address: Lide and Pauley, LLC<br>P.O. Box 2189<br>Lexington, SC 29072 | Attorney:<br>Address: |
| E-mail: dee@lidelaw.com | E-mail: |
| Phone: 803-808-1799 | Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name: Daniel Watson<br><br>Attorney: Patrick J. McLaughlin<br>Address: Wukela Law Firm<br>　　　　　P.O. Bo 13057<br>　　　　　Florence, SC 29504-3057<br><br>E-mail: patrick@wukelalaw.com<br><br>Phone: 843-669-534 | Name: Daniel Watson<br><br>Attorney: Franklin B. Joyner, Jr.<br>Address: Joyner Law Firm<br>　　　　　P.O. Box 1434<br>　　　　　Cheraw, SC 29520<br><br>E-mail: jrjoynerlaw@gmail.com<br><br>Phone: 843-253-5316 |
| **Appellant (continued)** ||
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** _[signed]_　　　　**Date:** 7/8/2015
**Counsel for:** Appellant

**Certificate of Service**: I certify that on _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below (Attach additional page if necessary):

**Signature:** _[signed]_　　　　**Date:** 7/8/2015